Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

Angel Yomar Soto Santiago,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-6637

v.

Kathy Hochul, et. al.,
Defendants

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court shall administratively terminate the petition without filing it or assessing a filing fee. Petitioner is granted leave to reopen this case, no later than 30 days from entry of this Order, by submitting either (1) the $350.00 filing fee and the $55.00 administrative fee ($405.00 total), or (2) a motion to proceed in forma pauperis with supporting affirmation and the required certification of his inmate trust fund account (or institutional equivalent).

Date: November 1, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk