UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGEL YOMAR SOTO SANTIAGO,

                                        Plaintiff,

-vs-
                                                              24-CV-6637

MS. DROUGHT, *Sgt., et al.,,*

                                                              ORDER
                        Defendants.

---

The Honorable Colleen D. Holland, United States Magistrate Judge, having issued a Report and Recommendation [ECF No. 38] on June 22, 2026, recommending that this matter be dismissed in its entirety with prejudice for failure to prosecute, and no objections having been filed, and that the time for filing objections has passed, it is hereby

ORDERED, that the Report and Recommendation [ECF No. 38] is affirmed and adopted in all respects; and it is further

ORDERED, that this matter is dismissed in its entirety with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:        July 22, 2026          ENTER:
              Rochester, New York

                                     HON. MEREDITH A. VACCA
                                     United States District Judge